```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3131 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL B. TURNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion for psychological evaluation, filing no. 35, is granted and defendant's counsel is authorized to incur up to $1,000.00 for the evaluation and report.

DATED this 29th day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge